IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY DUNBAR REIFF, <br><br> **Plaintiff,** <br> v. <br><br> CHAD T. MARKS, BOROUGH OF WEST READING, EDWARD FABRIZIANI, and WEST READING BOROUGH POLICE DEPARTMENT <br> **Defendants.** | CIVIL NO. 08-CV-5963 |

# ORDER

**AND NOW**, this 23rd day of February, 2011, upon consideration of Defendants' Motion for Summary Judgment [doc. no. 34], Plaintiffs' Opposition [doc. no. 37], and Plaintiff's Counter-Statement of Facts [doc. no. 35] it is hereby **ORDERED** that Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART.** Defendants' Motion for Summary Judgment is **GRANTED** as to Counts III & IV, and **DENIED** as to Counts V–XI, for the reasons set forth in the attached Memorandum Opinion.

The Clerk is **DIRECTED** to mark the docket in this matter as terminating the following Parties: Edward Fabriziani and West Reading Borough Police Department.

It is so **ORDERED**

**BY THE COURT:**

/s/ Cynthia M. Rufe

**HON. CYNTHIA M. RUFE**